## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 21-CV-03229                                    Date Filed: 4/14/2021

Plaintiff:
**RAFEAL SANCHEZ**

vs.

Defendant:
**L'OREAL USA INC**

For:
Cyrus Dugger, Esq.
The Dugger Law Firm, PLLC
Gotham Center
28-07 Jackson Ave., 5th Fl.
Long Island City,, NY 11101

Received by Direct Process Server LLC on the 18th day of June, 2021 at 10:57 am to be served on **L'OREAL USA INC, 99 WASHINGTON AVENUE, C/O SECRETARY OF STATE, ALBANY, NY 12231**

I, Edward Bowmaker, do hereby affirm that on the **23rd day of June, 2021** at **1:52 pm, I:**

served the **SECRETARY OF STATE** by delivering two true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT,** with the date and hour of service endorsed thereon by me, to: **SUE ZOUKY** at **99 WASHINGTON AVENUE, C/O SECRETARY OF STATE, ALBANY, NY 12231**, as the designated agent for the New York Secretary of State to accept service of process on behalf of **L'OREAL USA INC**. An administrative fee of $40.00 was also tendered.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: WHITE, Height: 5'4", Weight: 130, Hair: BLONDE, Glasses: N



## RETURN OF SERVICE For 21-CV-03229

I certify that I am over the age of 18, have no interest in the above action. Under penalties of perjury, I declare pursuant to 28 USC 1746 that I have read the foregoing document and the facts stated are true and correct.

Executed on: __6/24/21__
          Date

*Edward Bowmaker*
Edward Bowmaker
Process Server

**Direct Process Server LLC**
**22 Southern Blvd**
**Suite 103**
**Nesconset, NY 11767**
**(631) 406-6989**

Our Job Serial Number: DPR-2021000900

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u