```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RAFAEL SANCHEZ,                                                :
                        Plaintiff,                             :
                                                               :
        -against-                                              :
                                                               :        21-CV-3229 (VEC)
L'OREAL USA, INC.,                                             :
                                                               :        ORDER
                        Defendant.                             :
-------------------------------------------------------------- :
                                                               X
```

<div style="border:1px solid;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #:_____<br>
DATE FILED: 7/29/2021
</div>

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 13, 2021, Plaintiff initiated this action (Dkt. 1);

WHEREAS on July 7, 2021, Defendant moved to dismiss Plaintiff's complaint (Dkt. 7);

WHEREAS on July 28, 2021, Plaintiff filed an Amended Complaint (Dkt. 10);

IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss is dismissed as moot.

2. Defendant must answer or move against Plaintiff's Amended Complaint by **September 3, 2021**. If Defendant moves to dismiss Plaintiff's Amended Complaint, Plaintiff's opposition is due by **October 1, 2021**. Defendant's reply is due by **October 8, 2021.**

The Clerk of Court is respectfully directed to close the open motion at docket entry 7.

**SO ORDERED.**

**Date: July 29, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**