

fisherphillips.com

**New Jersey**
430 Mountain Avenue
Suite 303
Murray Hill, NJ  07974

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1056

**Writer's E-mail:**
dlichtenberg@fisherphillips.com

September 13, 2021

<u>**Via ECF**</u>
Hon. Valerie E. Caproni, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY  10007

   Re: *Sanchez v. L' Oreal USA, Inc.*
     *Case Number: 1:21-cv-03229-VEC*

Dear Judge Caproni:

   This firm represents defendant L'Oreal USA, Inc. ("L'Oreal") in connection with the above-captioned matter.  We respectfully write to Your Honor regarding the Order of Automatic Referral to Mediation (Doc. 17), which also includes Discovery Protocols, and the assignment of a mediator by September 20, 2021.  As Your Honor is aware, on September 3, 2021, L'Oreal filed a Motion for Partial Dismissal of the Amended Complaint (Docs. 14-16), which is currently pending before the Court.  In accordance with the Court's Order, the motion should be fully briefed by October 8, 2021 (Doc. 12).  We respectfully request that the parties engage in the mediation process after the pending motion has been resolved by the Court.

            Respectfully submitted

            */s/David B. Lichtenberg*

            David B. Lichtenberg
            Partner
            For FISHER & PHILLIPS LLP

DBL:ava

cc: Cyrus E. Dugger (via ECF)

**Fisher & Phillips LLP**

**Atlanta • Baltimore • Bethesda • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit • Fort Lauderdale • Gulfport Houston • Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • Nashville • New Jersey • New Orleans • New York • Orlando • Philadelphia Phoenix • Pittsburgh • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC • Woodland Hills**