



**New Jersey**
430 Mountain Avenue
Suite 303
Murray Hill, NJ  07974

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1056

**Writer's E-mail:**
dlichtenberg@fisherphillips.com

November 4, 2021

**Via ECF**
Hon. Barbara Moses, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Application GRANTED. The November 17, 2021 conference is ADJOURNED to **January 5, 2022 at 2:15 p.m. via Zoom.** The Court will provide the link and further instructions in an email to counsel closer to the date of the conference. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> November 12, 2021

          Re:     *Sanchez v. L' Oreal USA, Inc.*
                  Case Number: 1:21-cv-03229-VEC

Dear Judge Moses:

        This firm represents L'Oreal USA, Inc. in connection with the above-referenced matter. The parties are scheduled to appear before Your Honor on November 17, 2021 at 2:15 p.m. for a settlement conference.  Our client contact has informed us that she has a personal/family conflict that day that arose after the conference was scheduled.  Defendant respectfully requests that the settlement conference be rescheduled. Plaintiff's counsel has been apprised of this request and does not oppose.  The parties and counsel are available on the following dates: November 22 and 23, and December 1, 7, and 8.

        We thank the Court for its consideration.

                                        Respectfully submitted

                                        *David B. Lichtenberg*
                                        David B. Lichtenberg
                                        Partner
                                        For FISHER & PHILLIPS LLP

DBL:jp

cc:     Cyrus E. Dugger, Esq. (via ECF)

**Fisher & Phillips LLP**
Atlanta • Baltimore • Bethesda • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit • Fort Lauderdale • Gulfport
Houston • Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • Nashville • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Pittsburgh • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC • Woodland Hills

FP 42197688.1